Clarence T. FOX, Jr., Plaintiff—
Appellant,

v.

Eric HOLDER, In his official capacity;
Federal Bureau of Prisons, In its offi-
cial capacity; Warden Darlene Drew,
In her official capacity, Defendants—
Appellees.

No. 10–6692.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Clarence T. Fox, Jr., Appellant Pro Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., a federal prisoner,
appeals the district court's order accepting
the recommendation of the magistrate
judge and denying relief on his 28
U.S.C.A. § 2241 (West 2006 & Supp.2010)
petition. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Fox v. Holder*, No. 2:10–cv–
00780–HFF, 2010 WL 1755654 (D.S.C.
Apr. 29, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*